652 A.2d 293

The PROFESSIONAL INSURANCE AGENTS ASSOCIATION OF PENNSYLVANIA, MARYLAND AND DELAWARE, INC., and Roger Weber, a Licensed Pennsylvania Insurance Agent, Appellants,

v.

Cynthia M. MALESKI, in her capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, Appellee,

and

The Pennsylvania Assigned Risk Plan, Intervenor/Appellee.

Supreme Court of Pennsylvania.

Argued Dec. 7, 1994.

Decided Dec. 30, 1994.

Patricia Carey Zucker and William R. Balaban, Harrisburg, for Prof. Ins. Agents, et al.

Amy L. Weber, Harrisburg, for Pa. Ins. Dept.

Lewis R. Olshin, William R. Kane and Nicholas M. Centrella, Philadelphia, for intervenor, Pa. A.R.P.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Order affirmed.

MONTEMURO, J., is sitting by designation.